PEGGY C. BRAINARD, Appellant, *v.* FRANK S. BRAINARD, JR., Respondent.

Submitted March 1, 1948; decided March 2, 1948.

*Clifton F. Weidlich* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within 10 days from the date of the order defendant serves and files the required undertaking on appeal and pays $10 costs, and within 20 days from the date of said order the appellant files the required record on appeal, in which events the motion is denied.